```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re WINSTAR COMMUNICATIONS
SECURITIES LITIGATION,                              01 CIVIL 3014 (GBD)

This Document Relates to: All Actions                  JUDGMENT
------------------------------------------------------------X
JEFFERSON INSURANCE COMPANY OF
NEW YORK, et al.,
                      Plaintiffs,                   01 CIVIL 11522(GBD)

            -against-

GRANT THORTON LLP,
                      Defendant.
------------------------------------------------------------X
```

*FILED SEP 3 0 2010 S.D. OF N.Y.*

GT having moved for summary judgment pursuant to Fed. R. Civ. 56(c) dismissing the two causes of action pled against it, and the matter having come before the Honorable George B. Daniels, United States District Judge, and the Court, on September 29, 2010, having rendered its Memorandum Decision and Order granting GT's motion for summary judgment, and directing the Clerk of the Court to close these consolidated actions, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated September 29, 2010, GT's motion for summary judgment is granted; accordingly, these consolidated actions are closed.

**Dated:** New York, New York
September 30, 2010

**RUBY J. KRAJICK**

**Clerk of Court**

BY: _____

**Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____