Lee S. Shalov
Patrick L. Rocco
SHALOV STONE BONNER & ROCCO LLP
260 Madison Avenue, 17th Floor
New York, New York 10016

*Lead Counsel for Plaintiffs and*
*Chair of Plaintiffs' Executive Committee*



## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE WINSTAR COMMUNICATIONS SECURITIES LITIGATION )<br><br>This Document Relates To:<br><br>All Actions | ) Master File No.<br>) 01 Civ. 3014 (GBD)<br>)<br>) <br>) **NOTICE OF APPEAL**<br>)<br>) |

Notice is hereby given that Lead Plaintiffs, BIM Intermobiliare SGR, Robert Ahearn, and

DRYE Custom Pallets, on behalf of themselves and the proposed plaintiff class in the above

named case, hereby appeal to the United States Court of Appeals for the Second Circuit from an

order granting Grant Thornton LLP's motion for summary judgment entered in this action on the

29th day of September, 2010, and from a judgment entered on the 30th day of September, 2010.

Dated: October 6, 2010

SHALOV STONE BONNER & ROCCO LLP

By _____
Lee S. Shalov

260 Madison Avenue, 17th Floor
New York, New York 10016
Telephone: (212) 239-4340
Fax: (212) 239-4310

*Lead Counsel for Plaintiffs and*
*Chair of Plaintiffs' Executive Committee*

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the attached notice to be served on this 6th day of October, 2010, by electronic mail, as follows:

Elizabeth Haines Cronise
**STROOK & STROOK & LAVAN LLP**
180 Maiden Lane
New York, NY 10038
ecronise@strook.com

Alison Rio Pearsall
**STROOK & STROOK & LAVAN LLP**
180 Maiden Lane
New York, NY 10038
apearsall@strook.com

Barbara A. Scheib
**COHEN & GRIGSBY, P.C.**
625 Liberty Avenue
Pittsburgh, PA 15222-3152
bscheib@cohenlaw.com

*Attorneys for Defendant Grant Thornton LLP*

_____
Daryl Kleiman