UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re WINSTAR COMMUNICATIONS SECURITIES LITIGATION ) ) ) ) ) ) This Document Relates to: *Jefferson Insurance Co., et al. v. William J. Rouhana, Jr., et al.*, No. 01-CV-11522 ) ) ) ) ) | **Master File No. 01 Civ. 3014 (GBD)** |



## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Jefferson Insurance Company of New York; Allianz Life Insurance Company of New York; International Reinsurance Company S.A.; Life USA; AGF Amérique; AGF Hospitaliers; Fireman's Fund Insurance Company; The Northern Trust Company as trustee of the Fireman's Fund Insurance Company Master Retirement Trust (Fireman's Fund Retirement Plan) and as trustee of the Fireman's Fund Insurance Company Master Retirement Savings Trust (Allianz Asset Accumulation Plan and Allianz Employees' Primary Retirement Plan); Allianz Insurance Company; Allianz Life Insurance Company of North America; Allianz Asset Management North American Equity; US Allianz Diversified Annuity; US Allianz Growth Annuity; US Allianz Variable Insurance Products Trust; AZOA Growth Fund; AZOA Diversified Assets Fund; Allianz of America, Inc.; AGF Asset Management; Allianz Cornhill Insurance PLC; Cornhill Pension North American Equity Fund; Cornhill Life Insurance; Merchant Investors Assurance Company Limited; Allianz Asset Management North American Equity; and Cornhill Life North American Equity Fund

(collectively "Plaintiffs") hereby appeal to the United States Court of Appeals for the Second Circuit from an order granting Grant Thornton LLP's motion for summary judgment entered in this action on September 29, 2010, and from a final Judgment entered in this action on September 30, 2010.

DATED: October 19, 2010

Respectfully submitted,

GIRARD GIBBS LLP

By: _____
Jonathan K. Levine

711 Third Avenue, 20th Floor
New York, NY 10017
Telephone: (212) 867-1721
Facsimile: (212) 867-1767

Daniel C. Girard
601 California Street, 14th Floor
San Francisco, CA 94108
Telephone: (415) 981-4500
Facsimile: (415) 981-4846

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re WINSTAR COMMUNICATIONS
SECURITIES LITIGATION,

01 CIVIL 3014 (GBD)

This Document Relates to: All Actions

**JUDGMENT**

------------------------------------------------------------X
JEFFERSON INSURANCE COMPANY OF
NEW YORK, et al.,
                     Plaintiffs,

01 CIVIL 11522(GBD)

     -against-

GRANT THORTON LLP,
                     Defendant.
------------------------------------------------------------X

     GT having moved for summary judgment pursuant to Fed. R. Civ. 56(c) dismissing the two causes of action pled against it, and the matter having come before the Honorable George B. Daniels, United States District Judge, and the Court, on September 29, 2010, having rendered its Memorandum Decision and Order granting GT's motion for summary judgment, and directing the Clerk of the Court to close these consolidated actions, it is,

     **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated September 29, 2010, GT's motion for summary judgment is granted; accordingly, these consolidated actions are closed.

**Dated:** New York, New York
         September 30, 2010

                                                         **RUBY J. KRAJICK**

                                                           **Clerk of Court**
                                   BY:

                                                           **Deputy Clerk**

                           THIS DOCUMENT WAS ENTERED
                           ON THE DOCKET ON _____

## CERTIFICATE OF SERVICE

I, Anne von Goetz, hereby declare as follows:

I am employed by Girard Gibbs, A Limited Liability Partnership, 601 California Street, Suite 1400, San Francisco, California 94108. I am over the age of eighteen years and am not a party to this action. On October 19, 2010 , I served the within document:

1. **NOTICE OF APPEAL**

on:

Lee S. Shalov
Patrick L. Rocco
**SHALOV STONE BOONER & ROCCO LLP**
260 Madison Avenue, 17th Floor
New York, New York 10016
Telephone: 212-239-4340
Facsimile: 212-239-4310

*Lead Counsel for Plaintiffs and Chair of Plaintiffs' Executive Committee*

Elizabeth Haines Cronise
Alison Rio Pearsall
**STROOK & STROOK & LAVAN LLP**
180 Maiden Lane
New York, New York 10038
Email: ecronise@strook.com
Email: apearsall@strook.com

*Attorneys for Defendant Grant Thornton LLP*

Barbara A. Scheib
**COHEN & GRIGSBY, P.C.**
625 Liberty Avenue
Pittsburg, PA 15222
Email: bscheib@cohenlaw.com

*Attorneys for Defendant Grant Thornton LLP*

XXX   by electronically transmitting via email the above listed document to the email addresses set forth above on this date.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on October 19, 2010, at San Francisco, California.

_____
Anne von Goetz