UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

IN RE WINSTAR COMMUNICATIONS SECURITIES
LITIGATION

~~ORDER~~
01 CV 3014 (GBD)

AUG 03 2012

------------------------------------------------------------------x

GEORGE B. DANIELS, District Judge:

A conference is scheduled for October 18, 2012 at 9:30AM.

Dated: August 7, 2012
      New York, New York

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge