UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re WINSTAR COMMUNICATIONS SECURITIES LITIGATION<br><br>This Document Relates to: All Actions<br><br>―――――――――――――――――<br><br>JEFFERSON INSURANCE COMPANY OF NEW YORK et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM J. ROUHANA, JR.; NATHAN KANTOR; RICHARD J. UHL; and GRANT THORNTON LLP,<br><br>Defendants. | Master File. No. 01 Civ. 3014 (GBD)<br><br>**ORDER FOR ADMISSION PRO HAC VICE**<br><br>Case No. 01 Civ. 11522 (GBD) |



OCT 16 2012

The motion of Thomas E. O'Brien for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Texas, and that his contact information is as follows:

Applicant Name: Thomas E. O'Brien

Firm Name: Baker Botts, L.L.P.

Address: 2001 Ross Avenue, Suite 600

City / State / Zip: Dallas, TX 75201

Telephone / Fax: (214) 953-6500 / (214) 953-6503

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Grant Thornton, LLP in the above-entitled action;

ORDER FOR ADMISSION PRO HAC VICE - Page 1
DAL01:1213798.1

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: October 16, 2012

_____
George B. Daniels
United States District Judge