UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re WINSTAR COMMUNICATIONS
SECURITIES LITIGATION

This Document Relates to: All Actions

Master File. No. 01 Civ. 3014 (GBD)

**ORDER FOR ADMISSION
PRO HAC VICE**

JEFFERSON INSURANCE COMPANY OF
NEW YORK et al.,

Case No. 01 Civ. 11522 (GBD)

Plaintiffs,

v.

WILLIAM J. ROUHANA, JR.; NATHAN
KANTOR; RICHARD J. UHL; and GRANT
THORNTON LLP,

Defendants.



OCT 16 2012

The motion of Robb L. Voyles for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Texas, and that his contact information is as follows:

Applicant Name: Robb L. Voyles

Firm Name: Baker Botts, L.L.P.

Address: 2001 Ross Avenue, Suite 600

City / State / Zip: Dallas, TX 75201

Telephone / Fax: (214) 953-6500 / (214) 953-6503

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Grant Thornton, LLP in the above-entitled action;

ORDER FOR ADMISSION PRO HAC VICE - Page 1
DAL01:1214072.1

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: October 16, 2012

OCT 16 2012

*George B. Daniels*
United States District Judge
HON. GEORGE B. DANIELS