UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| In re WINSTAR COMMUNICATIONS SECURITIES LITIGATION | |
| This Document Relates to: All Actions | Master File. No. 01 Civ. 3014 (GBD) |
| | **ORDER FOR ADMISSION PRO HAC VICE** |
| JEFFERSON INSURANCE COMPANY OF NEW YORK et al., | Case No. 01 Civ. 11522 (GBD) |
| Plaintiffs, | |
| v. | |
| WILLIAM J. ROUHANA, JR.; NATHAN KANTOR; RICHARD J. UHL; and GRANT THORNTON LLP, | |
| Defendants. | |

The motion of Alexandra Walsh for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of Washington, D.C., and that her contact information is as follows:

Applicant Name: Alexandra Walsh

Firm Name: Baker Botts, L.L.P.

Address: 1299 Pennsylvania Avenue, NW

City / State / Zip: Washington, D.C. 20004-2400

Telephone / Fax: (202) 639-7700 / (202) 639-7890

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Grant Thornton, LLP in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: October 16, 2012

OCT 1  2012

George B. Daniels
United States District Judge
HON. GEORGE B. DANIELS