UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| In re WINSTAR COMMUNICATIONS SECURITIES LITIGATION<br><br>This Document Relates to: All Actions<br><br>―――<br><br>JEFFERSON INSURANCE COMPANY OF NEW YORK et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM J. ROUHANA, JR.; NATHAN KANTOR; RICHARD J. UHL; and GRANT THORNTON LLP,<br><br>Defendants. | Master File. No. 01 Civ. 3014 (GBD)<br><br>**PROPOSED SCHEDULING ORDER No. 5**<br><br>Case No. 01 Civ. 11522 (GBD) |

The Court hereby orders the following amended scheduling plan pursuant to Federal Rule 26(f). This order supersedes all prior scheduling orders. All supplemental briefs and responses thereto shall be limited to no more than 10 pages, double spaced.

| Deadline or Event | Agreed Dates |
|---|---|
| Plaintiffs file supplemental brief on motion to strike certain portions of Devor's report, and GT files supplemental brief on Daubert motion regarding Taylor | November 2, 2012 |
| GT files responsive brief regarding Devor, and Plaintiffs file responsive brief regarding Taylor | November 16, 2012 |
| GT files supplemental brief on class certification | November 9, 2012 |
| Plaintiffs file responsive brief on class certification | December 3, 2012 |
| Expert report and FRCP 26(a)(2) disclosures for GT's new expert witness | December 14, 2012 |
| Rebuttal report and FRCP 26(a)(2) disclosures regarding GT's new expert witness | February 1, 2013 |
| Deposition of GT's new expert witness | Week of February 11, 2013 (by agreement) |
| Deposition of Dr. Jarrell | Week of February 25, 2013 (by agreement) |
| Any Daubert motion regarding GT's new expert witness | March 15, 2013 |
| Meeting in person to prepare joint pretrial statement | March 25, 2013 |
| Response to any Daubert motion regarding GT's new expert witness | April 12, 2013 |
| Joint pretrial statement | April 8, 2013 |
| Reply in support of any Daubert motion regarding GT's new expert witness | April 26, 2013 |
| All other motions including any in limine motions | April 29, 2013 |
| Responses to all other motions | May 10, 2013 |
| Trial briefs | May 10, 2013 |
| Replies to all other motions | May 17, 2013 |
| Final pretrial conference | To be set by Court (approximately 2 weeks before trial) |
| Trial | June 10, 2013 |

AGREED:

/s/ Patrick L. Rocco
Patrick L. Rocco
Stone Bonner & Rocco LLP
260 Madison Avenue, 17th Floor
New York, NY 10016

ATTORNEYS FOR LEAD PLAINTIFFS

/s/ Jonathan K. Levine
Jonathan K. Levine
Girard Gibbs LLP
601 California St., 14th Floor
San Francisco, CA 94108

ATTORNEYS FOR JEFFERSON PLAINTIFFS

/s/ James L. Bernard
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038

ATTORNEYS FOR DEFENDANT GRANT THORTON LLP

Dated: NOV 0 5 2012

SO ORDERED:

_____
GEORGE B. DANIELS
United States District Judge

HON. GEORGE B. DANIELS