# BAKER BOTTS LLP

2001 ROSS AVENUE
DALLAS, TEXAS
75201-2980

+1 214.953.6500
FAX +1 214.953.6503
bakerbotts.com

ABU DHABI
AUSTIN
BEIJING
BRUSSELS
DALLAS
DUBAI
HONG KONG

HOUSTON
LONDON
MOSCOW
NEW YORK
PALO ALTO
RIYADH
WASHINGTON

November 9, 2012

*Via Facsimile (212) 805-6737*

Hon. George B. Daniels
United States District Judge
United States Courthouse
500 Pearl Street, Room 630
New York, New York 10007-1312
Houston, Texas 77010-3095

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 13 2012

SO ORDERED:
/s/ George B. Daniels
George B. Daniels, U.S.D.J.

Dated: NOV 13 2012

Thomas E. O'Brien
TEL +1 (214) 953-6934
FAX +1 (214) 661-4934
tom.obrien@bakerbotts.com

Re: *In re Winstar Communications Securities Litigation*, Cause No. 1:01-CV-3014 in the United States District Court for the Southern District of New York

Judge Daniels:

Pursuant to the Court's November 5, 2012 Scheduling Order, Grant Thornton LLP is to file its Supplemental Brief in Opposition to Plaintiffs' Motion for Class Certification today. Because that Supplemental Brief attaches and discusses certain documents Plaintiffs have designated as Confidential pursuant to the Court's June 27, 2006 Protective Order, Grant Thornton is required to file both the brief and exhibits under seal.

The office staff at the New York offices of our co-counsel, Stroock & Stroock & Lavan LLP, began printing and assembling the documents this morning. Due to last week's storm, they are working out of temporary office space in Midtown and do not have the duplicating and binding capabilities they are used to. Delays caused by their reduced capabilities resulted in the duplication of the documents not being complete until close to 4:00 pm, at which point they determined they were unable to bind and deliver the documents to the sealing clerk's office before it closed at 4:30. They called both the clerk's office and your Chambers to explain the issue.

We have since called Chambers ourselves, who asked that we write this letter explaining why the Supplemental Brief is not being filed today, that we be sure to serve the brief and exhibits on opposing counsel today, and that we file the Supplemental Brief with the sealing clerk's office on Tuesday. We will do so. We will also stamp the Supplemental Brief with today's date at the Court's night depository (we understand that we cannot file documents under seal through that depository).

We apologize for the inconvenience, and appreciate any understanding. If you have any additional questions about the circumstances that have resulted in our being unable to file today, please do not hesitate to ask.

DAL01:1216851.1

**BAKER BOTTS** LLP

Hon. George B. Daniels — - 2 - — November 9, 2012

Regards,

*Thomas E. O'Brien*

Thomas E. O'Brien

*Counsel for Grant Thornton LLP*

cc:  counsel of record for Plaintiffs

DAL01:1216851.1