UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re WINSTAR COMMUNICATIONS SECURITIES LITIGATION<br><br>This Document Relates to:  All Actions | Master File. No. 01 Civ. 3014 (GBD) |
| JEFFERSON INSURANCE COMPANY OF NEW YORK et al.,<br><br>                    Plaintiffs,<br><br>    v.<br><br>WILLIAM J. ROUHANA, JR.; NATHAN KANTOR; RICHARD J. UHL; and GRANT THORNTON LLP,<br><br>                    Defendants. | **DECLARATION OF ALEXANDRA M. WALSH IN SUPPORT OF THE SUPPLEMENTAL BRIEF OF GRANT THORNTON IN SUPPORT OF ITS MOTION TO STRIKE PORTIONS OF THE DEVOR REPORT**<br><br>Case No. 01 Civ. 11522 (GBD) |

Pursuant to 28 U.S.C. § 1746, I, Alexandra M. Walsh, declare as follows:

1.     I am a partner in the law firm of Baker Botts L.L.P., and serve as counsel for Grant Thornton LLP in this matter. I am admitted to the District of Columbia bar, and am admitted to practice before this Court *pro hac vice*.

2.     The following is a list of the exhibits cited in Grant Thornton's Supplemental Brief In Support Of Its Motion To Strike Portions Of The Devor Report. A true and correct copy of each document is attached..

1

## TABLE OF EXHIBITS

1. Excerpts from the June 28, 2007 Deposition of Gary Goldman.

2. Excerpts from the July 12, 2007 Deposition of Patricia Cummings.

3. Hearing Transcript (Oct. 26, 2006), *Gould v. Winstar Commc'ns Sec. Litig.*, No. 01 Civ. 3014 (GBD) (S.D.N.Y.) ("Hr'g Tr.").

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 16th day of November, 2012.

                                                                                     Alexandra M. Walsh

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2012, I served the foregoing on all parties by filing this document with the Clerk of Court using the CM/ECF system, pursuant to Local Civil Rule 5.2.

/s Alexandra M. Walsh

Robb L. Voyles (*admitted pro hac vice*)
Thomas E. O'Brien (*admitted pro hac vice*)
**BAKER BOTTS L.L.P.**
2001 Ross Avenue, Suite 600
Dallas, Texas 75201
(214) 953-6503
robb.voyles@bakerbotts.com
tom.obrien@bakerbotts.com

Michael L. Calhoon (*admitted pro hac vice*)
Alexandra M. Walsh (*admitted pro hac vice*)
**BAKER BOTTS L.L.P.**
1299 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 639-7700
michael.calhoon@bakerbotts.com
alex.walsh@bakerbotts.com

James L. Bernard (JB-4273)
**STROOCK & STROOCK & LAVAN LLP**
180 Maiden Lane
New York, New York 10038
(212) 806-5400
jbernard@stroock.com

*Attorneys for Defendant Grant Thornton LLP*

1