SIMPSON THACHER & BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, N.Y. 10017-3954
(212) 455-2000

FACSIMILE: (212) 455-2502



DIRECT DIAL NUMBER

(212) 455-3735

E-MAIL ADDRESS

bangiolillo@stblaw.com

VIA HAND DELIVERY

November 19, 2012

Re:  *In Re WINSTAR COMMUNICATIONS*
     No. 01-CV-3014

Hon. George B. Daniels
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Judge Daniels:

    Simpson Thacher & Bartlett LLP served as counsel in the above-captioned matter which consists of ten (10) consolidated actions, (the "Actions"), for Defendants William J. Rouhana, Jr., Richard J. Uhl and Nathan Kantor. The Actions against our clients were dismissed, as a result of a Final Amended Judgment/Order filed in each action on March 20, 2007. A complete list of the consolidated actions is annexed to this letter.

    More than five (5) years after concluding this matter, we continue to receive ECF electronic case notices. We respectfully request that Your Honor direct the ECF Clerk to terminate all further notices to our firm.

Respectfully submitted,

Bruce D. Angiolillo

Encl.

cc: All Counsel of Record (by email)