

**STONE BONNER & ROCCO** LLP
ATTORNEYS AT LAW

260 MADISON AVENUE · 17TH FLOOR · NEW YORK · NEW YORK · 10016

TELEPHONE
(212) 239-4340

FAX
(212) 239-4310

WEB
WWW.LAWSSB.COM

November 27, 2012

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: NOV 27 2012

SO ORDERED:

*/s/ George B. Daniels*
U.S.D.J.

Date: NOV 27 2012

Via Facsimile and Regular Mail

Hon. George B. Daniels
United States District Judge
United States Courthouse
500 Pearl Street, Room 630
New York, New York 10007-1312

Re: *In re Winstar Communications Securities Litigation*
(Master File No. 01 Civ. 3014 (GBD))

Dear Judge Daniels:

We represent Lead Plaintiffs in the above-captioned matter. Due to unforeseen scheduling conflicts for counsel, we write to request a four-day extension of Lead Plaintiffs' time to respond to Defendant Grant Thornton's supplemental brief in opposition to Lead Plaintiffs' motion for class certification. Pursuant to the Court's Scheduling Order No. 5, Lead Plaintiffs' brief is currently due to be filed on December 3, 2012. We respectfully request that the Court extend that deadline to December 7, 2012. Counsel for Grant Thornton has consented to this extension.

Thank you for your consideration.

Respectfully submitted,

*/s/ Patrick L. Rocco*
Patrick L. Rocco

cc: James Bernard, Esq. (via electronic mail)
Jonathan Levine, Esq. (via electronic mail)

NEW JERSEY OFFICE · 447 SPRINGFIELD AVENUE · 2ND FLOOR · SUMMIT · NEW JERSEY · 07901 · TELEPHONE (908) 516-2045 · FAX (908) 516-2049