

**STONE BONNER & ROCCO LLP**
ATTORNEYS AT LAW

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

260 MADISON AVENUE · 17TH FLOOR · NEW YORK · NEW YORK · 10016

December 18, 2012

FAX (212) 239-4310

**Via Facsimile**

Hon. George B. Daniels
United States District Judge
United States Courthouse
500 Pearl Street, Room 630
New York, New York 10007-1312

DEC 18 2012

**SO ORDERED**
The conference is adjourned to January 8, 2013 at 10:30 a.m.
*George B. Daniels*

Re: *In re Winstar Communications Securities Litigation*
(Master File No. 01 Civ. 3014 (GBD))

Dear Judge Daniels:

Per my conversation with Your Honor's law clerk, this will confirm that today's status conference in the above-captioned matter that was adjourned by the Court will be rescheduled for January 8, 2013 at 10:30 a.m. Counsel for all parties have agreed to that day and time.

Thank you for your consideration.

Respectfully submitted,

Patrick L. Rocco /JTW

Patrick L. Rocco

cc: James Bernard, Esq. (via electronic mail)
Jonathan Levine, Esq. (via electronic mail)