**BAKER BOTTS** LLP

THE WARNER
1299 PENNSYLVANIA AVE., NW
WASHINGTON, D.C.
20004-2400

TEL +1.202.639.7700
FAX +1.202.639.7890
www.bakerbotts.com

ABU DHABI
AUSTIN
BEIJING
DALLAS
DUBAI
HONG KONG
HOUSTON
LONDON
MOSCOW
NEW YORK
PALO ALTO
RIYADH
**WASHINGTON**

December 19, 2012

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 20 2012

Michael L. Calhoon
TEL +1 202.639.7954
FAX +1 202.585.1096
michael.calhoon@bakerbotts.com

By Fax

Hon. George B. Daniels
United States District Judge
United States Courthouse
500 Pearl Street, Room 630
New York, NY 10007-1312

DEC 20 2012

**SO ORDERED**
The conference is scheduled for
January 9, 2013 at 10:30 a.m.
*George B. Daniels*

Re: *In Re Winstar Communications Securities Litigation*
(Master File No. 01 Civ. 3014 (GBD))

Dear Judge Daniels:

Per my conversation with Ms. Vega, this will confirm that the status conference in the above-captioned matter that was set for January 8, 2013 at 10:30 a.m., will be rescheduled for January 9, 2013 at 10:30 a.m.

Thank you for your consideration.

Respectfully submitted,

*M. Calhoon*

Michael L. Calhoon

cc: Patrick Rocco (via electronic mail)
Jonathan Levine (via electronic mail)