UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re WINSTAR COMMUNICATIONS SECURITIES LITIGATION<br><br>This Document Relates to: All Actions<br><br>―――――――――――――――――――――<br><br>JEFFERSON INSURANCE COMPANY OF NEW YORK et al.,<br><br>    Plaintiffs,<br>v.<br><br>WILLIAM J. ROUHANA, JR.; NATHAN KANTOR; RICHARD J. UHL; and GRANT THORNTON LLP,<br><br>    Defendants. | Master File No. 01 Civ. 3014 (GBD)<br><br><br>**GRANT THORNTON'S MOTION FOR LEAVE TO WITHDRAW ALEXANDRA M. WALSH AS COUNSEL OF RECORD**<br><br><br>Case No. 01 Civ. 11522 (GBD) |

Defendant Grant Thornton LLP ("GT") moves for leave to withdraw Alexandra M. Walsh as counsel of record in this action. Ms. Walsh has left Baker Botts L.L.P. and as such no longer represents GT.

GT will continue to be represented in this case by the other counsel of record. This will cause no delay to this case. Therefore, GT requests leave to withdraw Alexandra M. Walsh as counsel of record and that she be removed from the Court's electronic service list.

Dated: February 14, 2013

/s/ Michael L. Calhoon

Robb L. Voyles (*admitted pro hac vice*)
Thomas E. O'Brien (*admitted pro hac vice*)
**BAKER BOTTS L.L.P.**
2001 Ross Avenue, Suite 600
Dallas, Texas 75201
(214) 953-6503
robb.voyles@bakerbotts.com
tom.obrien@bakerbotts.com

Michael L. Calhoon (*admitted pro hac vice*)
**BAKER BOTTS L.L.P.**
1299 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 639-7700
michael.calhoon@bakerbotts.com

James L. Bernard (JB-4273)
**STROOCK & STROOCK & LAVAN LLP**
180 Maiden Lane
New York, New York 10038
(212) 806-5400
jbernard@stroock.com

*Attorneys for Defendant Grant Thornton LLP*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 14, 2013, a copy of the foregoing was filed with the clerk of court of the United States District Court for the Southern District of New York and will be served electronically via ECF upon counsel of record as identified on the Notice of Electronic Filing.

/s/ Michael L. Calhoon
Michael L. Calhoon