UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
:
:
IN RE WINSTAR COMMUNICATIONS       :      ORDER
SECURITIES LITIGATION              :
:      01 Civ. 3014 (GBD)
:
------------------------------------X

GEORGE B. DANIELS, United States District Judge:

    Defendant Grant Thornton's unopposed motion for leave to withdraw Alexandra M. Walsh as counsel of record is GRANTED.

Dated: New York, New York
       February 15, 2013

SO ORDERED:

*[signature]*
GEORGE B. DANIELS
United States District Judge

1