Ralph M. Stone (rstone@lawssb.com)
James P. Bonner (jbonner@lawssb.com)
Patrick L. Rocco (procco@lawssb.com)
Susan M. Davies (sdavies@lawssb.com)
STONE BONNER & ROCCO LLP
260 Madison Avenue, 17th Floor
New York, New York 10016
(212) 239-4340

*Lead Counsel for Plaintiffs and
Chair of Plaintiffs' Executive Committee*

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE WINSTAR COMMUNICATIONS SECURITIES LITIGATION | : | Master File No. 01 Civ. 3014 (GBD) |
| This Document Relates To: | : | |
| All Actions | : | |

### NOTICE OF PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES AND AN AWARD TO THE LEAD PLAINTIFFS

PLEASE TAKE NOTICE that, upon the memorandum of law in support hereof, the memorandum of law in support of final approval of the settlement, the accompanying declarations of Patrick L. Rocco, and the exhibits thereto, and upon all prior papers and proceedings herein, the undersigned will move this Court on November 13, 2013, at 9:30 a.m., or as soon thereafter as counsel may be heard, in Courtroom 11A, for an Order, pursuant to Rule 23 of the Federal Rules of Civil Procedure: (a) approving the payment of attorneys' fees and the

reimbursement of expenses to plaintiffs' counsel; and (b) approving the payment of an award to Lead Plaintiffs as reimbursement for their time, effort and expenses in representing the Class.

WHEREFORE, Plaintiffs respectfully request that the Court enter an Order in the form of the [Proposed] Order Regarding Plaintiffs' Motion for an Award of Attorneys' Fees and Reimbursement of Expenses, and an Award to the Lead Plaintiffs, attached hereto as Exhibit A.

Dated: October 11, 2013

Respectfully submitted,

STONE BONNER & ROCCO LLP

By:  /s/ Patrick L. Rocco
Patrick L. Rocco
Ralph M. Stone
James P. Bonner
Susan M. Davies
260 Madison Avenue, 17th Floor
New York, New York 10016
(212) 239-4340
Fax (212) 239-4310

*Lead Counsel for Plaintiffs and Chair of Plaintiffs' Executive Committee*

Sherrie R. Savett
Michael T. Fantini
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, Pennsylvania 19103
(215) 875-3000

Thomas G. Shapiro
SHAPIRO HABER & URMY LLP
75 State Street
Boston, Massachusetts 02108
(617) 439-3939

Jules Brody
Aaron Brody
STULL, STULL & BRODY
6 East 45th Street
New York, New York 10017
(212) 687-7230

*Plaintiffs' Executive Committee*